**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ANTIONIO AUTSTIN HANER, JR.,**

    **Plaintiff,**

**v.**                             **Case No.  3:25-cv-2394-TKW-ZCB**

**ANNA MARIE HOMMINGA,**

    **Defendant.**

    _____/

**<u>ORDER</u>**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13) and Plaintiff's objections (Doc. 14). The Court reviewed the issues raised in the objection de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of subject matter jurisdiction.[1]

The Court did not overlook Plaintiff's motion for leave to file an amended complaint, but the proposed amended complaint (Doc. 15-1) attached to the motion suffers from the same fundamental flaw as the original complaint: it fails to plausibly

---

[1] This does not leave Plaintiff without a remedy because he can file suit against Defendant in state court and assert any claims that he might have against her under Florida law. The Court expresses no view as to whether he has any viable claims or whether he should file such a suit.

allege that Defendant was acting as in her capacity as a correctional officer when she engaged in the conduct on which Plaintiff's claims are based. The fact that Defendant allegedly told law enforcement that she was a correctional officer when she made the allegedly false report does not change the fact that the report arose out of her personal relationship with Plaintiff, not her work as a correctional officer.

Accordingly, it is **ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED without prejudice for lack of subject matter jurisdiction.

3.      Plaintiff's motion for leave to file an amended complaint (Doc. 15) is DENIED because the proposed amendment is futile. *See Cockrell v. Sparks*, 510 F.3d 1307, 1310 (11th Cir. 2007) (explaining that an amendment would be futile when "the complaint as amended would still be properly dismissed").

4.      All other pending motions are DENIED as moot.

5.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 16th day of March, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**